710 A.2d 1012

IN THE MATTER OF RICHARD S. HANLON,
AN ATTORNEY AT LAW.

June 17, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **RICHARD S. HANLON** of **BAYONNE**, who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for a period of three months by Order of this Court dated November 7, 1997, effective December 8, 1997, be restored to the practice of law, effective immediately.